IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| BRANDON RASHAD DOWDELL, | * |
| Plaintiff, | * |
| v. | Case No.  7:20-CV-233(WLS) |
| | * |
| STATE OF GEORGIA, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## J U D G M E N T

Pursuant to this Court's Order dated November 18, 2021, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 19th day of November, 2021.

David W. Bunt, Clerk

s/ S. B. DeCesare, Deputy Clerk